Jason Crews
1515 N Gilbert Rd #107-204
Gilbert, AZ 85234

USPS FIRST-CLASS MAIL
US POSTAGE $4.27
SSK FCM
05/28/24
2.40 oz
RDC 99
SHIP TO: PHOENIX AZ 85003

United States District Court District of Arizona -
Phoenix Division
Sandra Day O'Connor U.S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, AZ 85003-2118

**RECEIVED**

MAY 3 0 2024

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA